In the Matter of the Application of JOSEPH ASTARITA, Appellant, for an Order against JOSEPH D. McGOLDRICK, as Comptroller of The City of New York and

as Successor of FRANK J. TAYLOR, FIORELLO H. LAGUARDIA, as Mayor of The City of New York, JOSEPH D. McGOLDRICK, as Comptroller of The City of New York, A. NEWBOLD MORRIS, as President of the Council of The City of New York, STANLEY M. ISAACS, as Borough President of the Borough of Manhattan, JAMES J. LYONS, as Borough President of the Borough of The Bronx, RAYMOND V. INGERSOLL, as Borough President of the Borough of Brooklyn, GEORGE U. HARVEY, as Borough President of the Borough of Queens, and JOSEPH A. PALMA, as Borough President of the Borough of Richmond, Constituting the Board of Estimate of The City of New York, and the Board of Estimate of The City of New York, as Successor of the Board of Estimate and Apportionment of The City of New York, and ALMERINDO H. PORTFOLIO, as Treasurer of the Department of Finance of The City of New York, Respondents.— Order denying petitioner's application for an order directing respondents forthwith to provide funds to pay petitioner's compensation as first deputy chief probation officer for the year 1938 and for the first six months of 1939, at the rate of $5,500 per annum, as fixed by the judges of the County Court, Kings county, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.